UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE CANUP,<br><br>           Plaintiff,<br><br>vs.<br><br>JAMES YATES,<br><br>           Defendant.<br>_____/ | 1:06-cv-00768-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 4)<br><br>**ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER** (Doc. 1) |

   Plaintiff Thomas Lee Canup ("plaintiff") is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On August 16, 2006, the Magistrate Judge filed a Findings and Recommendation herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendation was to be filed within twenty days. To date, plaintiff has not filed any objection.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on August 23, 2006, as undeliverable. A notation on the envelope indicated: Return to Sender - Not at CSP-LAC." However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed August 16, 2006, is ADOPTED in full; and,

2. This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the court's order of June 16, 2006.

IT IS SO ORDERED.

**Dated:   November 28, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                                  UNITED STATES DISTRICT JUDGE

2